DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL LEE CHEAVES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3334

_____

September 15, 2023

Appeal from the Circuit Court for Manatee County; Frederick P.
Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.